UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:26-cv-07054-AB-DSR | Date: | September 25, 2026 |

Title: *Marc Pratt v. Edition Management LLC, et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| | |
|---|---|
| Evelyn Chun | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Eden Zakay (via Zoom) | Alexandra Danielle Miller (via Zoom) |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND [9]**

The matter is called and counsel state their appearances.

Defendant shall submit supplemental briefing within 60 days of this order to support their amount in controversy claim based on the relevant statute of limitations periods. Plaintiff shall have 30 days to respond to the supplemental brief.

After reviewing the supplemental documents, the Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, will take the motion under submission.

IT IS SO ORDERED.

: 23